Dismissed and Memorandum Opinion filed November 18, 2004









Dismissed and Memorandum Opinion
filed November 18, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00902-CR

____________

 

MICK CURTIS CLIFTON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

__________________________________________________

 

On Appeal from the 184th District Court

Harris County,
Texas

Trial Court Cause No. 976,440

__________________________________________________

 

M E M O R A N D U M   O P I N I O N








Appellant entered a guilty plea to the charge of felony
assault, family violence, second offender. 
In accordance with the terms of a plea bargain agreement with the State,
the trial court deferred adjudication and ordered appellant serve 4 years of
community service and pay a $200 fine. 
The State subsequently moved to adjudicate guilt.  Appellant pled true to the stipulations of
evidence in return for the prosecutor=s recommendation that punishment be
set at two years= confinement and payment of a $200 fine.  On July 20, 2004, the trial court sentenced
appellant in accordance with the prosecutor=s recommendation.  The trial court sentenced appellant to
confinement for two years in the Institutional Division of the Texas Department
of Criminal Justice and assessed a $200 fine. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  

The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 18, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.

Do Not Publish C Tex. R. App.
P. 47.2(b).